Case 2:06-cv-00344-LOA   Document 22   Filed 06/29/06   Page 1 of 1

**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IMA North America, Inc., | No. CV-06-344-PHX-LOA |
| Plaintiff/Counterdefendant, | |
| vs. | **ORDER** |
| Marlyn Nutraceuticals, Inc., dba Naturally Vitamins, | |
| Defendant/Counterclaimant. | |

This Court has received the parties' Stipulation to Extend Disclosure Statement Deadline (Dkt. #21) which this Court will treat as a joint motion.

**IT IS ORDERED denying** the parties' Joint Motion (Dkt #21) for failure to set forth good cause for extending the deadline for the exchanging of Disclosure Statements from June 19, 2006 to June 30, 2006.  See Rule 16(b), Fed.R.Civ.P.

DATED this 29th day of June, 2006.

Lawrence O. Anderson
United States Magistrate Judge