**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IMA North America, Inc., ) | No. CV-06-0344-PHX-LOA |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Marlyn Nutraceuticals, Inc., d/b/a ) Naturally Vitamins, ) | |
| Defendant. ) | |

      This matter arises on the parties' Stipulation to Continue Discovery Cutoff and Dispositive Motions Deadlines, filed on April 3, 2007, which the Court treats as a joint motion. (docket # 29)  The reasons for the extensions are essentially defense counsel is very busy in April and Plaintiff's counsel has been "on maternity leave for three months and only recently returned."

      The file reflects that this lawsuit was filed on January 26, 2006 and that Defendant answered on March 9, 2006. The file reflects little meaningful discovery has been conducted to date. The parties initially agreed to completion of discovery by March 2, 2007 and a dispositive motion deadline of March 30, 2007 in their June 1, 2006 Rule 26(f) Joint Scheduling Conference Report. At the June 5, 2006 scheduling conference, the Court extended counsels' overly aggressive deadlines to May 31, 2007 and June 29, 2007, respectively. The Court made clear to counsel that these deadlines are firm, should be taken seriously and would be enforced

by the Court absent good cause shown. Although there has been an extension of other deadlines, there has not been a continuance of the discovery and dispositive motion deadlines previously.

Good cause appearing due to Plaintiff's counsel's maternity leave of three months from her legal practice,

**IT IS ORDERED** that parties' joint Motion to Continue Discovery Cutoff and Dispositive Motions Deadlines (docket # 29) is **GRANTED**. All discovery shall be completed by **June 29, 2007** and all dispositive motions shall be filed by **September 28, 2007**. It is not likely that additional extensions of these deadlines will be granted in this case absent extraordinary circumstances. Settlement negotiations do not constitute good cause or extraordinary circumstances.

Counsel are hereby advised that these **deadlines are real**, the Court intends to enforce the deadlines set forth in this Order and counsel should plan their litigation activities accordingly. *Hostnut.Com, Inc.v. Go Daddy Software, Inc.*, 2006 WL 2573201 *1 (D. Ariz. 2006).

DATED this 4th day of April, 2007.

Lawrence O. Anderson
United States Magistrate Judge