|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | IN THE UNITED STATES DISTRICT COURT |
| 7 | FOR THE DISTRICT OF ARIZONA |

IMA North America, Inc., )
      )
   Plaintiff, )   No. CV-06-0344-PHX-LOA
      )
vs. )   **ORDER**
      )
Marlyn Nutraceuticals, Inc., d/b/a )
Naturally Vitamins, )
      )
   Defendant. )
      )
_____ )

This Court has received and considered Plaintiff's Motion to Compel (docket #44) and Separate Statement in Support of Motion to Compel (docket #45).

Plaintiff's Motion (docket #44) and Separate Statement (docket #45) fail to comply with LRCiv 7.2(j), Rules of Practice for the United States District Court of the District of Arizona effective December 1, 2006 which provides "No discovery motion will be considered or decided unless a statement of moving counsel is attached thereto certifying that after personal consultation and sincere efforts to do so, counsel have been unable to satisfactorily resolve the matter. Any civil discovery... motion brought before the Court without prior personal consultation with the other party and a sincere effort to resolve the matter may result in sanctions".

LRCiv 7.2(k) provides, "With regard to motions to compel discovery brought pursuant to Rule 37(a)(2) of the Federal Rules of Civil Procedure, See Rule 37.1), Local

1  Rules of Civil Procedure." FED.R.CIV.P. 37(a)(2)(A) provides, "....The motion must
2  include a certification that the movant has in good faith conferred or attempted to confer
3  with the party not making the disclosure in an effort to secure the disclosure without court
4  action."
5  　　Therefore,
6  　　**IT IS ORDERED** Plaintiff's counsel shall file a written certification on or before
7  **August 2, 2007** detailing the personal consultation and sincere efforts she has made to
8  resolve this discovery dispute prior to filing the subject motion (docket #44). Absent
9  good cause, failure to timely file such certification shall result in the denial of the subject
10 motion.
11 　　DATED this 27th day of July, 2007.

　　　　　　　　　　　　　　　　　　　Lawrence O. Anderson
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

- 2 -