**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IMA North America, Inc., | ) | No. CV-06-0344-PHX-LOA |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Marlyn Nutraceuticals, Inc., d/b/a Naturally Vitamins | ) | |
| Defendant. | ) | |

    Defendant/Counterclaimant, Marlyn Nutraceuticals, Inc., has filed it's Response to Plaintiff's Motion to Compel Responses to Discovery Requests (docket #s 56 and 57).

    Accordingly,

    **IT IS ORDERED** Plaintiff's Reply, if any, shall be filed no later than 5:00 p.m. on **Wednesday, August 15, 2007**.

    DATED this 6th day of August, 2007.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge