**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IMA North America, Inc., | ) | No. CV-06-0344-PHX-LOA |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Marlyn Nutraceuticals, Inc., d/b/a Naturally Vitamins, | ) | |
| Defendant. | ) | |

On the Court's own motion and in light of the fact that the discovery and dispositive motion deadlines have passed,

**IT IS ORDERED** setting an informal Rule 16(b) scheduling conference before the undersigned on **Tuesday, February 26, 2008, at 10:00 a.m**. for purposes of setting the final pretrial conference and trial in this matter and discussing other issues regarding the resolution of this matter. Counsel are directed to bring their calendars to this conference.

DATED this 1st day of February, 2008.

Lawrence O. Anderson
United States Magistrate Judge