**WO**

1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IMA North America, Inc., | No.  CV-06-0344-PHX-LOA |
| Plaintiff, | |
| v. | **ORDER CONTINUING DEADLINE TO SUBMIT PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| Marlyn Nutraceuticals, Inc., d/b/a Naturally Vitamins | |
| Defendant. | |

The Court, having received and reviewed the parties' Joint Motion to Continue Deadline to Submit Proposed Findings of Fact and Conclusions of Law, and good cause appearing,

**IT IS HEREBY ORDERED** continuing the deadline to submit Proposed Findings of Fact and Conclusions of Law from September 23, 2008 to **September 25, 2008**.

DATED this 23rd day of September, 2008.

_____
Lawrence O. Anderson
United States Magistrate Judge

FENNEMORE CRAIG, P.C.

PHOENIX