**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IMA North America, Inc., | No. CV-06-344-PHX-LOA |
| Plaintiff, | **ORDER** |
| vs. | |
| Maryln Nutraceuticals, Inc., d/b/a Naturally Vitamins, | |
| Defendant. | |

This matter arises on Plaintiff IMA North America, Inc.'s Application for Entry of Judgment Against Garnishee on Writ of Garnishment (Non-Earnings). (docket # 175)

Good cause appearing,

**IT IS ORDERED** that Plaintiff IMA North America, Inc.'s Application for Entry of Judgment Against Garnishee on Writ of Garnishment (Non-Earnings) is **GRANTED**. The Judgment Against Garnishee on Writ of Garnishment (Non-Earnings) will be by separate document.

Dated this 16th day of March, 2009.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge