**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IMA North America, Inc., | ) | No. CV-06-344-PHX-LOA |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Maryln Nutraceuticals, Inc., d/b/a Naturally Vitamins, | ) | |
| Defendant. | ) | |

Pursuant to stipulation and good cause appearing,

**IT IS ORDERED** that Defendant Maryln Nutraceuticals, Inc. shall have until March 23, 2009 to file its Response to Plaintiff IMA North America, Inc.'s Application and Affidavit for Attorney's Fees.

Dated this 16th day of March, 2009.

Lawrence O. Anderson
United States Magistrate Judge