1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| IMA North America, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Maryln Nutraceuticals, Inc., d/b/a Naturally Vitamins, <br><br> Defendant. | No. CV-06-344-PHX-LOA <br><br> **JUDGMENT AGAINST GARNISHEE ON WRIT OF GARNISHMENT (NON-EARNINGS)** |

Plaintiff IMA North America, Inc ("IMA") has applied for the entry of Judgment on the Writ of Garnishment issued against Garnishee Bank of America Bank, N.A. ("Garnishee").

The Court finds that: (1) the statements set forth in IMA's Application for Entry of Judgment Against Garnishee on Writ of Garnishment (Non-Earnings), docket # 175, are true and correct; (2) the amount of the Judgment against Defendant Maryln Nutraceuticals, Inc. ("Marlyn") is "$484,974.32, plus simple interest at a rate of 10% per annum [$132.87 per day] from October 14, 2008 until the Judgment is paid in full"; (3) the total due on the Judgment as of March 13, 2009 is $505,037.69, plus $132.87 for each day the Judgment is not paid after March 13, 2009; (4) at the time the Writ was served Garnishee had four separate accounts of Marlyn which totaled $2,001,708.54, and Garnishee stated it was holding $504,996.81 from the accounts of Marlyn subject to the Writ; (5) Garnishee seeks $150.00 for its Answer fee, to which no objection was made, and which fee the Court

finds to be reasonable; and (6) Marlyn did not file an objection to the Writ of Garnishment or Garnishee's Answer.

Accordingly,

**IT IS ORDERED** that IMA is hereby granted Judgment on the Writ of Garnishment against Garnishee Bank of America, N.A. in the amount of $505,037.69, plus $132.87 for each day the Judgment is not paid after March 13, 2009.

**IT IS FURTHER ORDERED** that Garnishee is granted Judgment against Marlyn in the amount of $150 for the preparation of its Answer, which amount may be paid out of Marlyn's Accounts;

**IT IS FURTHER ORDERED** that IMA shall promptly deliver a copy of this Judgment to Garnishee and Defendant Marlyn; and Garnishee, upon receipt of a copy of this Judgment, shall immediately transfer the aforesaid monies to IMA.

Dated this 16th day of March, 2009.

_____
Lawrence O. Anderson
United States Magistrate Judge